Paul J. Loh (Bar No. 160541)
ploh@willenken.com
Eileen Ahern (Bar No. 216822)
eahern@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN FORONDA, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br>THE PROCTER & GAMBLE COMPANY, a Delaware Corporation; PROCTER & GAMBLE HEALTH PRODUCTS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-06844<br><br>(Los Angeles Superior Court Case No. BC700535)<br><br>**DECLARATION OF SUMEET JAIN IN SUPPORT OF DEFENDANT THE PROCTER & GAMBLE COMPANY'S NOTICE OF REMOVAL** |

# DECLARATION OF SUMEET JAIN

I, Sumeet Jain, declare as follows:

1. I serve as the Finance Manager, Health and Grooming, of defendant The Procter & Gamble Company ("P&G"). I make this declaration in support of P&G's Notice of Removal of Action Pursuant to 28 U.S.C. § 1446. I have personal knowledge of the facts set forth below except as otherwise stated and, if called upon to testify thereto, I could and would competently do so under oath.

2. It is P&G's regular practice to maintain, in the ordinary course of its business, records of its sales to its customers, including the sales of the product that is the subject of this suit, the Gillette Fusion ProGlide Sensitive 2-in-1 Shave Gel (the "Product").

3. I have reviewed P&G's sales records prepared and assembled with the assistance of authorized P&G employees, which reflect that during the past four years, P&G's sales of the Product exceeded $5 million in the United States.

I declare under penalty of perjury under the laws of the United Sates and the State of California that the foregoing is true and correct, and that this declaration is executed on August __8__, 2018, at __Boston__, Massachusetts.

Gillette Company

_____
Sumeet Jain

DECLARATION OF SUMEET JAIN

1

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: August 9, 2018              WILLENKEN WILSON LOH & DELGADO LLP

By: */s/ Paul J. Loh*
    Paul J. Loh
    Attorneys for Defendants
    THE PROCTER & GAMBLE COMPANY