| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Paul J. Loh (SBN 160541)<br>ploh@willenken.com<br>Eileen M. Ahern (SBN 216822)<br>eahern@willenken.com<br>WILLENKEN WILSON LOH & DELGADO LLP<br>707 Wilshire Blvd., Suite 3850, Los Angeles, CA 90017<br>Tel: (213) 955-9240<br>Fax: (213) 955-9250<br>ATTORNEY(S) FOR: The Procter & Gamble Company | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN FORONDA, on behalf of himself and others similarly situated,<br>Plaintiff(s),<br>v.<br>THE PROCTER & GAMBLE COMPANY; PROCTER & GAMBLE HEALTH PRODUCTS, INC.; and DOES 1 through 50 inclusive,<br>Defendant(s) | CASE NUMBER:<br>2:18-cv-06844<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___The Procter & Gamble Company___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| The Procter & Gamble Company | Defendant |
| Ivan Foronda | Plaintiff |

August 9, 2018                         /s/ Paul J. Loh
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):

Defendant The Procter & Gamble Company