|   |   |
|---|---|
| IVAN FORONDA, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY, a Delaware Corporation; PROCTER & GAMBLE HEALTH PRODUCTS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 18-6844-DMG (SKx)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL [16]** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

1      Pursuant to the parties' stipulation pursuant to Rule 41(a)(2) of the Federal
2 Rules of Civil Procedure, and their confidential settlement, the above-captioned
3 action is hereby ordered dismissed with prejudice, in its entirety, as to the claims
4 by Plaintiff Ivan Foronda. Plaintiff's voluntary dismissal of this action, in its
5 entirety, will be without prejudice as to the claims of the putative class members.
6 Each party shall bear its own attorneys' fees, expenses, and costs.
7      IT IS SO ORDERED.

DATED: October 12, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE